Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−27965−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Singh
   aka Shylendra Singh
   277 Linden Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8865

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/14/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2019
JAN: mcp

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Singh  
       Debtor

Case No. 18-27965-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 2　　Date Rcvd: Feb 15, 2019  
　　　　　　　　　　　Form ID: 148　　Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
```
db             +Steven Singh,    277 Linden Avenue,    Jersey City, NJ 07305-1913
517745248      +Americollect,    PO Box 1654,    Green Bay, WI 54305-1654
517875693       BANK OF NEW YORK AS TRUSTEE FOR CWALT 2007-OA6,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
517745250      +Bank of New York Mellon,    240 Greenwich Street,    New York, NY 10286-0001
517745251      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517745252      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517745255      +FCI Lender Services Inc,    PO Box 27370,    Anaheim, CA 92809-0112
517745256      +KML Law Group PC,    Attorneys At Law,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517876193      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
517745258      +Shellpoint Mortgage,    PO Box 740039,    Cincinnati, OH 45274-0039
517745259      +University Radiology Group,    PO Box 1075,    East Brunswick, NJ 08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 00:22:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 00:22:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517745247       EDI: HNDA.COM Feb 16 2019 05:13:00      American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
517756444       EDI: HNDA.COM Feb 16 2019 05:13:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517836010       EDI: BECKLEE.COM Feb 16 2019 05:08:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517745249      +EDI: AMEREXPR.COM Feb 16 2019 05:08:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
517824176       EDI: CAPITALONE Feb 16 2019 05:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517745253      +E-mail/Text: bkcy@creditmgt.com Feb 16 2019 00:22:40      Credit Management Control,
                 c/o University Radiology Group PC,    Po Box 1654,    Green Bay, WI 54305-1654
517745254      +E-mail/Text: bkcy@creditmgt.com Feb 16 2019 00:22:40      Credit Mangement Control,
                 Attn Bankruptcy,    PO Box 1654,    Green Bay, WI 54305-1654
517865785       EDI: RESURGENT.COM Feb 16 2019 05:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517874147       EDI: PRA.COM Feb 16 2019 05:13:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517745257      +EDI: RMSC.COM Feb 16 2019 05:08:00      Pep Boys/Syncb/Car Care,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517746930      +EDI: RMSC.COM Feb 16 2019 05:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517745260      +EDI: VERIZONCOMB.COM Feb 16 2019 05:08:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
517853211      +EDI: AIS.COM Feb 16 2019 05:13:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517745261      +EDI: RMSC.COM Feb 16 2019 05:08:00      Walmart/Synchrony Bank,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517840086*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: Feb 15, 2019
                              Form ID: 148              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA6
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA6 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas  Fitzgerald    on behalf of Debtor Steven   Singh nickfitz.law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA6
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA6 rsolarz@kmllawgroup.com
              Sarah J. Crouch    on behalf of Debtor Steven   Singh nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```